**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>  v.<br><br>Luis Morales-Orduna,<br><br>        Defendant. | No. 08-6139M<br><br>**ORDER** |

    Upon motion of the United States, and good cause appearing,

    **IT IS ORDERED** vacating the change-of-plea hearing set for July 1, 2008 at 2:30 p.m. before the undersigned.

    DATED this 27th day of June, 2008.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge